# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Matthew Bracken,

    Plaintiff,

        v.                               Case No. 1:12cv892

Dasco Home Medical Equipment, Inc., *et al.*,         Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' Motions to Dismiss; Motions for Summary Judgment (Docs 6 and 7) are granted in part and denied in part by the Court's Orders (Doc. 21 and 22). This matter is closed.

Date: June 27, 2013                         John P. Hehman, Clerk
                                                Clerk

                                By:       *S/Barbara A. Crum*
                                           Deputy Clerk